IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAHUL DASARI
#0034258                                                                                                PLAINTIFF

v.                      No. 3:21-cv-170-DPM

GREENE COUNTY JAIL DETENTION
CENTER; ALICIA HUBBLE, Lieutenant,
Greene County Jail Detention Center;
TAMMY GRENN, Head Nurse, Greene
County Jail Detention Center; and DOES,
Jail Staff and Medical Staff, Greene County
Jail Detention Center                      DEFENDANTS

## JUDGMENT

Dasari's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2021